UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ESPERANZA FLORES,<br><br>  Plaintiff,<br><br> v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | Case No. 5:24-cv-01178-AB-ADS<br><br>**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  12/26/2024                       /s/ Autumn D. Spaeth
                                 THE HONORABLE AUTUMN D. SPAETH
                                       U.S. MAGISTRATE JUDGE